File
RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV 21 2018  ★

LONG ISLAND OFFICE

ALB:CNR
F. #2017R01458

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JEREMIE BRIGGS and
CHRISTOPHER MANUEL,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **CR   18   627**

(T. 18, U.S.C., §§ 922(a)(1)(A),
922(g)(1), 924(a)(1)(D), 924(a)(2),
924(d)(1), 2 and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C., §
2461(c))

**FEUERSTEIN, J.**

**SHIELDS, M.J.**

THE GRAND JURY CHARGES:

## COUNT ONE
### (Illegal Dealing in Firearms)

1.    In or about and between May 2017 and October 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JEREMIE BRIGGS and CHRISTOPHER MANUEL, together with others, not being licensed importers, licensed manufacturers or licensed dealers in firearms, did knowingly and willfully engage in the business of dealing in firearms.

    (Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), 2 and 3551 et seq.)

## COUNT TWO
### (Felon in Possession of a Firearm)

2.    On or about July 27, 2017, within the Eastern District of New York, the defendant JEREMIE BRIGGS, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally

possess in and affecting commerce a firearm, to wit: a Taurus Millenium G2 (PT111) 9mm pistol, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## COUNT THREE
### (Felon in Possession of a Firearm)

3.     On or about September 26, 2017, within the Eastern District of New York, the defendant JEREMIE BRIGGS, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Smith and Wesson Model M&P Bodyguard .380 caliber pistol, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## COUNT FOUR
### (Felon in Possession of a Firearm)

4.     On or about September 26, 2017, within the Eastern District of New York, the defendant JEREMIE BRIGGS, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Smith and Wesson Model 442 Airweight .38 caliber revolver, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## COUNT FIVE
### (Felon in Possession of a Firearm)

5.     On or about September 27, 2017, within the Eastern District of New York, the defendant JEREMIE BRIGGS, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and

intentionally possess in and affecting commerce a firearm, to wit: a Lorcin Model L380 .380 caliber pistol.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

6.      The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922 and 924, including but not limited to: one (1) Taurus Millenium G2 (PT111) 9mm pistol, and ammunition, seized on or about July 27, 2017; one (1) Smith and Wesson Model M&P Bodyguard .380 caliber pistol, and ammunition, seized on or about September 26, 2017; one (1) Smith and Wesson Model 442 Airweight .38 caliber revolver, and ammunition, seized on or about September 26, 2017; and one (1) Lorcin Model L380 .380 caliber pistol, seized on or about September 27, 2017.

7.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendants up to the value of the forfeitable

property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code,

Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_Francis P. Mantoana_
FOREPERSON


_Richard P. Donoghue_
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2017R01458

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

### THE UNITED STATES OF AMERICA

*vs.*

### JEREMIE BRIGGS and CHRISTOPHER MANUEL,

Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 922(a)(1)(A), 922(g)(1), 924(a)(1)(D), 924(a)(2), 924(d)(1), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____

Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

Clerk

*Bail, $* _____

_____

*Charles N. Rose, Assistant U.S. Attorney (631) 715-7844*